Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Newport News Division

|   |   |
|---|---|
| Michael McCabe <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Riverside Hospital, Inc. <br> Orthopaedic & Spine Center of Newport News \| OSC <br> Sentara Healthcare <br> Children's Hospital of the King's Daughters <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☐ Yes  ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael McCabe |
| Address | 218 Center Avenue |
| | Newport News, VA 23601 |
| | *City / State / Zip Code* |
| County | City of Newport News |
| Telephone Number | (703)624-2189 |
| E-Mail Address | mikeamccabe@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Riverside Regional Hospital |
| Job or Title *(if known)* | |
| Address | 500 J Clyde Morris Blvd. |
| | Newport News, VA 23601 |
| | *City / State / Zip Code* |
| County | Newport News |
| Telephone Number | (757)594-2001 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Orthopaedic & Spine Center of Newport News l OSC |
| Job or Title *(if known)* | |
| Address | 250 Nat Turner Blvd. S |
| | Newport News, VA 23606 |
| | *City / State / Zip Code* |
| County | Newport News |
| Telephone Number | (877)202-9130 |

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 3
  Name: Children's Hospital of the King's Daughters
  Job or Title *(if known)*:
  Address: 601 Children's Lane
  City: Norfolk    State: VA    Zip Code: 23507
  County: Norfolk
  Telephone Number: (757)668-7007
  E-Mail Address *(if known)*:

☐ Individual capacity    ☒ Official capacity

Defendant No. 4
  Name: Sentara Healthcare
  Job or Title *(if known)*:
  Address: 2800 Godwin Blvd.
  City: Suffolk    State: VA    Zip Code: 23434
  County: Suffolk
  Telephone Number: (757)934-4000
  E-Mail Address *(if known)*:

☐ Individual capacity    ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

> The events occurred at each of the four defendents' addresses.

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

> Riverside Regional performed its services on February 27th, 2022
> Orthopaedic & Spine Center performed its services on May 27th, 2022
> CHKD's services ran from July 8th at 9:15 AM to July 10th, 2022
> Sentara Obici performed their services on July 10th, 2022

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

> All four defendents failed to publicly post their prices, and would not provide them when asked on the day of the services. All four defendents billed the plaintiff ex post facto.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

> The four defendents have illegally billed the plaintiff a total of $3,175.41.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

WHEREFORE, the Plaintiff prays that this court:

1. Enter judgement mandating the defendents immediately post their prices in a public place in accordance with CMS guidelines. This injunction is necesssary because the defendents have refused to do so, and show no signs of changing course.

2. Enter judgement requiring the defendents drop all charges to the plaintiff's medical bills. The defendents posted zero prices on the day of service, and ought therefore to collect that amount.

3. Enter judgement requiring the defendents to pay punitive damages to the plaintiff. By refusing to post their prices and requiring the plaintiff to take them to court, the defendents have wasted both the plaintiff's time and money.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/25/2023

Signature of Plaintiff: *Michael McCabe* (signed)
Printed Name of Plaintiff: Michael McCabe

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

| | |
|---|---|
| Name of Law Firm | |
| Address | |
| | City — State — Zip Code |
| Telephone Number | |
| E-mail Address | |